UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Julian Kyle Myers,
                    Plaintiff
            v.
Jail Commander Mike,
Inmate Kyle Mueller,
Medical Staff member Ashley,
                    Defendants,

**FILED**
**02/01/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:23-cv-207-TWP-KMB

## MOTION FOR LAWSUIT

## WITNESSES

1. Deputy Cox
2. Deputy Moore
3. Deputy Ruble

I JULIAN MYERS would like to file this motion pro;se for these reasons:

1.) I am a pre-trial detainee at Decatur County Detention Center since Nov. 28, 2022. I am housed in a protective custody block and locked down 23 & 1 in a 4 man cell. I do not get out of cell on the weekends.

2.) Jan. 5th, 2023 at approx. 2:15 p.m. I was attacked in my cell by Kyle Mueller, after returning to my cell from court, for attempting to rob me for my commissary.

Next page

3.) After I was attacked I had no way to escape my cell; other than the emergency call button, in the cell, another inmate pushed calling for help. Deputy Ruble arrived and radioed for cell door to open. I was escorted from the cell by Deputy Ruble and Medical staff Ashley.

4.) Jail Commander Mike seen my injuries and called 911 for an Ambulance. I arrived at the hospital with my skull exposed and received 5 staples and 3 stitches in the top of my head.

5.) I arrived back to the Detention Center at approx. 5 p.m. and was placed in medical cell #235 under video and audio observation. I was visited by Medical staff member Ashley on Jan 6th at approx. 7:30 am. Ashley commented my head was oozing and gave me an Ibprofin and left my cell. I was not seen by Ashley until Jan 9th at approx. 8am. Ashley never once offered to clean my head wound until my staples and stitches were removed on Jan 16th at approx 9am. Deputy Cox along with Deputy Moore offered to clean my oozing head wound on Jan 7th and Jan 8th at approx 12:10 am. That was the only attention my wounds received while being in medical cell.

Next Page

I Julian Kyle Myers am respectfully asking that the courts assist me in getting my certified medical records and evidence from the Decatur County Detention Center, so I can mail them to the courts to better help this lawsuit.

Now comes, I am asking punitive damages from the courts of 1.5 million dollars for pain, mental, and physical suffering from Inmate Kyle Mueller and from the Decatur County Detention Center. My amendment rights have been violated for all the above. I want the Decatur County Detention Center to further evaluate the situation and rectify this issue.

Respectfully Submitted
Signature: [signature]
Print: Julian Myers
c/o Decatur County Detention Center
601 s Ireland st
Greensburg IN, 47240

Date: 1/26/2023

See Attached