UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JULIAN KYLE MYERS, )
)
Plaintiff, )
)
v. ) No. 1:23-cv-00207-TWP-KMB
)
MIKE, )
KYLE MUELLER, )
ASHLEY, )
)
Defendants. )

**Final Judgment**

The Court now enters final judgment. This action is **dismissed without prejudice**.

Date: 4/19/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: ______________________
Deputy Clerk

Distribution:

JULIAN KYLE MYERS
DECATUR COUNTY JAIL
601 S. Ireland St.
Greensburg, IN 47240